# Exhibit 1



## Jones-Broadway -- Extension for discovery responses

**Terah Tollner** <terah@kaplangrady.com>
To: "Robbin, Daniel" <Daniel.Robbin@ilag.gov>
Cc: Victor Price <vprice@cktrials.com>, "Mehta, Ravi" <Ravi.Mehta@ilag.gov>, "Pietryla, Thomas" <Thomas.Pietryla@ilag.gov>, Robert Tengesdal <rtengesdal@cktrials.com>, Sarah Grady <sarah@kaplangrady.com>, Amelia Caramadre <amelia@kaplangrady.com>, David Sinkman <sinkman@kaplangrady.com>, Vanessa del Valle <vanessa@kaplangrady.com>, Melissa Pena <melissa@kaplangrady.com>, Christopher Garavaglia <cgaravaglia@cktrials.com>, Logan Giaquinta <lgiaquinta@cktrials.com>

Thu, May 15, 2025 at 3:50 PM

I appreciate that and am grateful that everyone has been courteous about extending deadlines. Just want to make clear that we do intend to provide all of our responses on 5/23, and it is important to us for the sake of pushing discovery forward that the RFP responses from all sides are produced by the new deadline (absent extenuating circumstances and understanding that rolling production may be necessary). Sounds like that is the plan anyway. The ROG responses, while important, are a bit less pressing if you have a need for further extension.

On Thu, May 15, 2025 at 3:14 PM Robbin, Daniel <Daniel.Robbin@ilag.gov> wrote:

> I'm not going to press anyone for a specific day this early in the case. If you can do next week to produce/respond to the RFPs, that's totally fine.
>
> Let's touch base again on Friday 5/23 to see where we all are.
>
> ---
> Daniel N. Robbin
> Assistant Unit Supervisor, Prisoner Litigation
> Government Representation | General Law
> Office of the Illinois Attorney General
> 115 S. La Salle St.
> Chicago, Illinois 60603
> (312) 814-7199 (office)
> (312) 848-7917 (cell)

---

**From:** Terah Tollner <terah@kaplangrady.com>
**Sent:** Thursday, May 15, 2025 3:05 PM
**To:** Robbin, Daniel <Daniel.Robbin@ilag.gov>
**Cc:** Victor Price <vprice@cktrials.com>; Mehta, Ravi <Ravi.Mehta@ilag.gov>; Pietryla, Thomas <Thomas.Pietryla@ilag.gov>; Robert Tengesdal <rtengesdal@cktrials.com>; Sarah Grady <sarah@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; David Sinkman <sinkman@kaplangrady.com>; Vanessa del Valle <vanessa@kaplangrady.com>; Melissa Pena <melissa@kaplangrady.com>; Christopher Garavaglia <cgaravaglia@cktrials.com>; Logan Giaquinta <lgiaquinta@cktrials.com>
**Subject:** Re: [EXTERNAL] Re: Jones-Broadway -- Extension for discovery responses

Thanks, Daniel.

We could get our responses to IDOC's RFPs out on Monday if you can, but maybe it's easier to just push all of everyone's deadlines mutually to 5/23.

Do you think you can let us know by Monday whether (and how long) you will need beyond 5/23 to get your ROG responses done?

On Thu, May 15, 2025 at 2:57 PM Robbin, Daniel <Daniel.Robbin@ilag.gov> wrote:

PS: In case it wasn't clear, I of course have no problem extending our current commitments to 5/23.

---
Daniel N. Robbin
Assistant Unit Supervisor, Prisoner Litigation
Government Representation | General Law
Office of the Illinois Attorney General
115 S. La Salle St.
Chicago, Illinois 60603
(312) 814-7199 (office)
(312) 848-7917 (cell)

---

**From:** Robbin, Daniel <Daniel.Robbin@ilag.gov>
**Sent:** Thursday, May 15, 2025 1:04 PM
**To:** Terah Tollner <terah@kaplangrady.com>; Victor Price <vprice@cktrials.com>
**Cc:** Mehta, Ravi <Ravi.Mehta@ilag.gov>; Pietryla, Thomas <Thomas.Pietryla@ilag.gov>; Robert Tengesdal <rtengesdal@cktrials.com>; Sarah Grady <sarah@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; David Sinkman <sinkman@kaplangrady.com>; Vanessa del Valle <vanessa@kaplangrady.com>; Melissa Pena <melissa@kaplangrady.com>; Christopher Garavaglia <cgaravaglia@cktrials.com>; Logan Giaquinta <lgiaquinta@cktrials.com>
**Subject:** Re: [EXTERNAL] Re: Jones-Broadway -- Extension for discovery responses

I might need some more time beyond 5/23 for the IDOC Defendants' interrogatory answers, but my team and I are on track to complete the document production by our current deadline.

---
Daniel N. Robbin
Assistant Unit Supervisor, Prisoner Litigation
Government Representation | General Law
Office of the Illinois Attorney General
115 S. La Salle St.
Chicago, Illinois 60603
(312) 814-7199 (office)
(312) 848-7917 (cell)

---

**From:** Terah Tollner <terah@kaplangrady.com>
**Sent:** Thursday, May 15, 2025 12:35 PM
**To:** Victor Price <vprice@cktrials.com>
**Cc:** Robbin, Daniel <Daniel.Robbin@ilag.gov>; Mehta, Ravi <Ravi.Mehta@ilag.gov>; Pietryla, Thomas <Thomas.Pietryla@ilag.gov>; Robert Tengesdal <rtengesdal@cktrials.com>; Sarah Grady <sarah@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; David Sinkman <sinkman@kaplangrady.com>; Vanessa del Valle <vanessa@kaplangrady.com>; Melissa Pena <melissa@kaplangrady.com>; Christopher Garavaglia <cgaravaglia@cktrials.com>; Logan Giaquinta <lgiaquinta@cktrials.com>
**Subject:** [EXTERNAL] Re: Jones-Broadway -- Extension for discovery responses

Hi Victor,

That's fine. Mutual again?

Thanks,

Terah

On Thu, May 15, 2025 at 12:29 PM Victor Price <vprice@cktrials.com> wrote:

Hi Terah,

We've had a lot of information to go through with more to review and could use a few more days to complete our full response to your discovery requests. I would truly appreciate it if you returned the courtesy, I think an additional four more days – making our responses due 5/23 – should be more than sufficient.

Please let me know. Thanks.

Vic

Victor F. Price

Attorney at Law



500 W. Madison Street

Suite 3900

Chicago, Illinois 60661

Direct: (312) 466-7266

Cell: (303) 518-3318

vprice@cktrials.com

CONFIDENTIALITY NOTICE: This e-mail is intended only for the use of the recipient named and may contain information that is confidential, privileged, and exempt from disclosure under applicable laws. If you are not the named recipient, you may have received this transmission in error. We ask that you please immediately notify us by email at: postmaster@cktrials.com and remove this and all attached file(s) from your system. You are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in this transmission if you are not the intended recipient is prohibited and may expose you to liability.

**From:** Terah Tollner <terah@kaplangrady.com>
**Sent:** Tuesday, April 29, 2025 8:21 AM
**To:** Victor Price <vprice@cktrials.com>
**Cc:** Daniel Robbin <Daniel.Robbin@ilag.gov>; Ravi Mehta <Ravi.Mehta@ilag.gov>; Thomas Pietryla <Thomas.Pietryla@ilag.gov>; Robert Tengesdal <rtengesdal@cktrials.com>; Sarah Grady <sarah@kaplangrady.com>; Amelia Caramadre <amelia@kaplangrady.com>; David Sinkman <sinkman@kaplangrady.com>; Vanessa del Valle <vanessa@kaplangrady.com>; Melissa Pena <melissa@kaplangrady.com>
**Subject:** Re: Jones-Broadway -- Extension for discovery responses

Yes, mutual. Thanks!

On Tue, Apr 29, 2025 at 8:16 AM Victor Price <vprice@cktrials.com> wrote:

> That's fine Terah. No problem
>
> Is this two week extension mutual?
>
> Victor F. Price
>
> Attorney at Law
>
> CONNOLLY KRAUSE LLC
>
> Direct:  (312) 466-7266
>
> Cell:  (303) 518-3318
>
> *Sent from my iPhone
>
>
>> On Apr 28, 2025, at 8:00 AM, Terah Tollner <terah@kaplangrady.com> wrote:
>>
>>
>> Counsel,
>>
>> We could use some more time responding to both sides' first set of discovery requests. Would you agree to a two-week extension (making our response deadline May 19)? Please let us know.
>>
>> Thanks,
>>
>> Terah
>>
>>
>>
>> --
>>
>> Terah Tollner

**KAPLAN & GRADY**

2071 N. Southport Ave., Ste. 205

Chicago, IL 60614

(312) 248-6999

terah@kaplangrady.com

www.kaplangrady.com

Pronouns: she/hers