# Exhibit 2



# IDOC Ds' Responses to P's 1st RFPs - Jones-Broadway v. IDOC 24cv11700

**Terah Tollner** <terah@kaplangrady.com>  Wed, May 28, 2025 at 4:35 PM
To: "Robbin, Daniel" <Daniel.Robbin@ilag.gov>
Cc: "amelia@kaplangrady.com" <amelia@kaplangrady.com>, David Sinkman <sinkman@kaplangrady.com>, Robert Tengesdal <rtengesdal@cktrials.com>, Sarah Grady <sarah@kaplangrady.com>, Vanessa del Valle <vanessa@kaplangrady.com>, Victor Price <vprice@cktrials.com>, "Mehta, Ravi" <Ravi.Mehta@ilag.gov>, "Pietryla, Thomas" <Thomas.Pietryla@ilag.gov>, "Williams, Rachel" <rachel.williams@ilag.gov>, John Hazinski <john@kaplangrady.com>

Thanks Daniel, on all counts. We are going to send a Rule 34 request for the Stateville inspection momentarily and I will propose some dates.

On Wed, May 28, 2025 at 4:32 PM Robbin, Daniel <Daniel.Robbin@ilag.gov> wrote:
> Hi Terah,
>
> I truly appreciate your continued professionalism here. I want to be clear that I'm sorry we're behind on the interrogatory responses. We'll serve the responses by June 6, and I understand your need for certainty. I'm confirming that now as our firm deadline.
>
> I'll send over the documents referenced in our RFP responses shortly. Thanks for pointing out the gap. Those should have gone out with responses I served Friday, and I appreciate you flagging it. Look out for an FTP link I used for our initial production a few weeks ago.
>
> As for the walkthrough, we agree that should happen. IDOC wants to do it sooner than later. Let me know if there are any logistical needs on your end so we can hash those out as soon as possible and get a date on the books.
>
> -Daniel
>
> ---
> Daniel N. Robbin
> Assistant Unit Supervisor, Prisoner Litigation
> Government Representation | General Law
> Office of the Illinois Attorney General
> 115 S. La Salle St.
> Chicago, Illinois 60603
> (312) 814-7199 (office)
> (312) 848-7917 (cell)
>
> **From:** Terah Tollner <terah@kaplangrady.com>
> **Sent:** Wednesday, May 28, 2025 4:08 PM
> **To:** Robbin, Daniel <Daniel.Robbin@ilag.gov>
> **Cc:** amelia@kaplangrady.com <amelia@kaplangrady.com>; David Sinkman <sinkman@kaplangrady.com>; Robert Tengesdal <rtengesdal@cktrials.com>; Sarah Grady <sarah@kaplangrady.com>; Vanessa del Valle <vanessa@kaplangrady.com>; Victor Price <vprice@cktrials.com>; Mehta, Ravi <Ravi.Mehta@ilag.gov>; Pietryla, Thomas <Thomas.Pietryla@ilag.gov>; Williams, Rachel <rachel.williams@ilag.gov>; John Hazinski

<john@kaplangrady.com>
**Subject:** Re: [EXTERNAL] Re: IDOC Ds' Responses to P's 1st RFPs - Jones-Broadway v. IDOC 24cv11700

Daniel,

The interrogatories were propounded on April 4 and our expectation was that you were working diligently to get responses to us by the extended deadline. Instead, your Friday email suggested that you had not yet begun "in earnest." We try to be accommodating about reasonable requests for extensions, but when deadlines aren't met an extension needs to be requested and a new deadline needs to be set. We can agree to an extension until June 6 (not just "aiming for" June 6) and look forward to your responses then.

For the documents, the last Bates I have from you is 10118 from your initial production. Your RFP responses reference documents up to Bates 10271 (see RFP 19, 26). However, we did not receive any additional documents when you sent your RFP responses. Please confirm you plan to promptly produce those.

I appreciate you pointing us to that video file. Clearly we need to get a better sense of the layout, and we plan to send a notice for inspection shortly.

On Wed, May 28, 2025 at 2:01 PM Robbin, Daniel <Daniel.Robbin@ilag.gov> wrote:
> Hi Terah,
>
> Thanks for your message. I think there may have been a miscommunication. I didn't mean to suggest there would be no deadline for the interrogatory responses or that you wouldn't have a way to hold us to a date. What I said was that we'd connect this week to agree on a timeframe.
>
> Thanks for suggesting this Friday, but we won't be able to meet that. We're aiming to complete the responses by next Friday, June 6. Please let me know if that works on your end. If not, I'm happy to set up a call to discuss a reasonable schedule.
>
> Regarding the documents, can you clarify which Bates numbers you believe are missing? That will help us track them down.
>
> As for the video, IDOC has produced all available footage, including the one referenced in the investigative report. I agree it's not the clearest, high-fidelity view of the events described, but it's all that exists. I believe the portion you're asking about is at timestamp 16:46 in the AVI file titled E NORTH 2024-06-19 16 38 10 885.avi. That's the file cited in the report as coming from the Edward North camera.
>
> Let me know if you'd like to discuss anything further.
>
> -Daniel
>
> ---
> Daniel N. Robbin
> Assistant Unit Supervisor, Prisoner Litigation
> Government Representation | General Law
> Office of the Illinois Attorney General
> 115 S. La Salle St.
> Chicago, Illinois 60603
> (312) 814-7199 (office)
> (312) 848-7917 (cell)

**From:** Terah Tollner <terah@kaplangrady.com>
**Sent:** Tuesday, May 27, 2025 4:29 PM
**To:** Robbin, Daniel <Daniel.Robbin@ilag.gov>
**Cc:** amelia@kaplangrady.com <amelia@kaplangrady.com>; David Sinkman <sinkman@kaplangrady.com>; Robert Tengesdal <rtengesdal@cktrials.com>; Sarah Grady <sarah@kaplangrady.com>; Vanessa del Valle <vanessa@kaplangrady.com>; Victor Price <vprice@cktrials.com>; Mehta, Ravi <Ravi.Mehta@ilag.gov>; Pietryla, Thomas <Thomas.Pietryla@ilag.gov>; Williams, Rachel <rachel.williams@ilag.gov>; John Hazinski <john@kaplangrady.com>
**Subject:** [EXTERNAL] Re: IDOC Ds' Responses to P's 1st RFPs - Jones-Broadway v. IDOC 24cv11700

Hi Daniel,

We can't just have no deadline for the interrogatory responses. Can you get them to us by the end of the week?

Also, I see some documents referenced by Bates number in your RFP responses that have not yet been produced. When can we expect those?

One more thing for now - we appear to be missing some critical video footage. The investigation report refers to video from the north end of the building that shows Michael being carried downstairs, but we don't have that video. Can you please confirm that you will promptly produce? We also have no video of nine gallery -- please produce or confirm that it does not exist.


On Fri, May 23, 2025 at 6:17 PM Robbin, Daniel <Daniel.Robbin@ilag.gov> wrote:
> Ladies and Gentlemen,
>
> Attached please find the IDOC Defendants' responses to Plaintiff's First Set of Requests for Production.
>
> Thank you again for the professional courtesy in granting us extensions to today. I really appreciate it.
>
> My team and I will begin working in earnest on responses to Plaintiff's interrogatories. We can touch base next week to discuss a proposed timeframe for completing those.
>
> Wishing you all a restful and meaningful Memorial Day weekend.
>
> Sincerely,
> Daniel Robbin
>
> ---
> Daniel N. Robbin
> Assistant Unit Supervisor, Prisoner Litigation
> Government Representation | General Law
> Office of the Illinois Attorney General
> 115 S. La Salle St.
> Chicago, Illinois 60603
> (312) 814-7199 (office)
> (312) 848-7917 (cell)