IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHUNECE JONES-BROADWAY, as Administrator of the Estate of Michael Broadway,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. 24-cv-11700<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Heather K. McShain |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.2

I, Terah Tollner, an attorney, hereby certify that Plaintiff, in compliance with Local Rule 37.2, prior to the filing of this motion Plaintiff has engaged in good faith efforts to resolve the issue regarding a HIPAA-qualified protective order for third-party PHI. Counsel for Plaintiff and counsel for the Defendants have conferred multiple times regarding the need for such a protective order in this case, including by videoconference with the IDOC Defendants on July 30, 2025, and by videoconference with counsel for the Wexford Defendants on August 4, 2025. The parties were unable to reach resolution of this issue.

Respectfully submitted,

/s/ *Terah Tollner*
Terah Tollner
Attorney for Plaintiff

Sarah Grady
Vanessa del Valle
John Hazinski
Terah Tollner
KAPLAN & GRADY LLC
2071 N. Southport Ave., Suite 205
Chicago, Illinois 60614
(312) 852-2184
terah@kaplangrady.com

1