# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chunece Jones–Broadway

                                            Plaintiff,

v.                                                     Case No.: 1:24–cv–11700

                                                              Honorable Andrea R. Wood

Illinois Department Of Corrections(IDOC), et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2025:

      MINUTE entry before the Honorable Heather K. McShain: By 08/29/2025, plaintiff shall file a reply brief addressing whether and to what extent the Illinois statute relied on by defendants, 735 ILCS 5/8–802, applies in this case, given that plaintiff has brought claims arising under state and federal law. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.