**THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| CHUNECE JONES-BROADWAY, as Administrator of the Estate of MICHAEL BROADWAY, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-11700 |
| v. | ) ) ) | Honorable Andrea R. Wood, District Judge |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al. | ) ) ) | Honorable Heather K. McShain, Magistrate Judge |
| Defendants. | ) ) | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE REPLY IN CONNECTION WITH ORDER TO SHOW CAUSE**

Plaintiff Chunece Jones-Broadway, through her undersigned counsel, respectfully moves for leave to file a consolidated reply to the responses by the IDOC Defendants (Dkt. 121) and Wexford Defendants (Dkt. 122) to this Court's order to show cause (Dkt. 116). In support of the motion, Plaintiff states as follows:

1.	On September 4, 2025, this Court granted Plaintiff's motion for entry of a third-party HIPAA-qualified protective order. Dkt 116 at 2–4. The Court also ordered Defendants to "show cause why they should not be required to pay the attorney's fees and costs that plaintiff incurred in connection with the motion for entry of a HIPAA-qualified protective order." *Id.* at 4.

2.	On September 18, 2025, the IDOC and Wexford Defendants filed separate responses to the order to show cause. Dkts. 121, 122.

3.	Based on the arguments and allegations in Defendants' response briefs, Plaintiff believes that a short reply brief will assist the Court in resolving the issues in dispute.

4.	The IDOC Defendants' response (which the Wexford Defendants incorporate in full) misrepresents the factual circumstances surrounding their response to the motion for entry of

a protective order, including by baselessly accusing Plaintiff's counsel of violating standards of good faith in the conferral process and falsely claiming that Plaintiff had not served pertinent discovery requests. A reply brief is necessary to correct these misrepresentations, including several egregious misstatements of fact that, in the estimation of Plaintiff's counsel, could not have been the result of innocent mistake on the part of counsel for Defendants.

5. The Wexford and IDOC Defendants further attack this Court's authority to award fees and costs based on their substantially unjustified filing. Plaintiff's reply will address these legal questions, including Defendants' efforts to recharacterize their own arguments made in opposition to the motion for a protective order.

6. Before filing this motion, Plaintiff's counsel contacted counsel for Defendants by email at 1 p.m. on the date of filing to inquire whether they oppose Plaintiff's request to submit a reply brief. Counsel for Defendants did not respond before close of business. Plaintiff is filing this motion without further delay to promptly apprise the Court of Plaintiff's need to file a reply brief.

For the foregoing reasons, Plaintiff respectfully requests leave to file a consolidated reply to the responses by the IDOC Defendants and Wexford Defendants to this Court's order to show cause (Dkt. 116).

Dated: September 19, 2025     Respectfully submitted,


            /s/ John Hazinski
            John Hazinski
            Attorney for Plaintiff

Sarah Grady
Vanessa del Valle
John Hazinski
Terah Tollner
KAPLAN & GRADY LLC
2071 N. Southport Ave., Suite 205
Chicago, Illinois 60614
(312) 852-2184
john@kaplangrady.com